**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **IN THE MATTER OF:** | **CASE NO. _____** |
| | |
| **SEARCH AND SEIZURE WARRANTS,** | **MAGISTRATE JUDGE VASCURA** |
| **APPLICATIONS, PEN REGISTERS, AND** | |
| **NON-DISCLOSURE ORDERS IN THE** | **UNDER SEAL** |
| **CASES LISTED IN ATTACHMENT A** | |

**ORDER TO SEAL**

Upon motion of the United States of America and for good cause shown, it is

**ORDERED** that the Search and Seizure Warrants, Applications, Pen Registers, Non-Disclosure

Orders, and related documents in the cases listed in Attachment A remain sealed, and the Clerk is

instructed not to unseal the Search and Seizure Warrants, Applications, Pen Registers, and Non-

Disclosure Orders and related documents in the cases listed in Attachment A until July 31, 2020,

or upon a motion by the United States and additional order by the Court.


Dated:  __1/31/2020_____          ___/s/Chelsey M. Vascura_____
                                        UNITED STATES MAGISTRATE JUDGE

**ATTACHMENT A**

| |
|---|
| 2:20-MJ-041 |
| 2:19-MJ-245 |
| 2:20-MJ-042 |